July 25, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

NEW DELIVERANCE CHURCH, INC., Appellant

NO. 14-10-01127-CV                 V.

ADAM MILLER AND HOUSSIERE, DURANT & HOUSSIERE, LLP, Appellees

_____

This court today heard the motion for rehearing filed by APPELLEES. We order that the motion be GRANTED, this court's former judgment of April 25, 2013, be vacated, set aside, and annulled, and this court's Majority and Dissenting Opinions of April 25, 2013 be withdrawn. We also order that APPELLEES' motion for en banc reconsideration be DENIED as moot.

This cause, an appeal from the judgment in favor of appellees was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We therefore order the judgment of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by APPELLANT.

We further order this decision certified below for observance.